IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| CHRISTOPHER MICHAEL PERRICONE, | § § § | |
| Plaintiff, | § § | |
| v. | § | Civil Action No. 4:19-cv-00992-O |
| | § | |
| CITY OF MINERAL WELLS, TEXAS, | § § § | |
| | § | |
| Defendant. | § | |

## FINAL JUDGMENT

This Judgment is issued pursuant to Fed. R. Civ. P. 58(a).

This action came on for consideration by the Court, and the issues having been duly considered and a decision duly rendered,

It is **ORDERED**, **ADJUDGED**, and **DECREED** that:

1. This case is **DISMISSED with prejudice** to the refiling of the same.

2. The taxable costs of court, as calculated by the clerk of court, shall be borne by the party incurring the same.

**SO ORDERED** on this **9th day** of **November, 2023**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE